1  CAROL C. LAM
   United States Attorney
2  CINDY M. CIPRIANI
   Assistant U.S. Attorney
3  California Bar No. 144402
   Federal Office Building
4  Office of the U.S. Attorney
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7390
6  Email: cindy.cipriani@usdoj.gov

7  Attorneys for Federal Defendants

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11  MARY GAPASIN,                    )   Civil No.: 06cv2509 R (WMc)
                                     )
12             Plaintiff,            )   [PROPOSED] ORDER OF
                                     )   SUBSTITUTION OF UNITED STATES
13        v.                         )   OF AMERICA AS DEFENDANT,
                                     )   AMENDMENT AND DISMISSAL
14  MAURICE ALPHONSO BELL, M.D.,     )
    UNITED STATES OF AMERICA, and    )
15  DOES I through L, inclusive,     )
                                     )
16             Defendants.           )
    _____)

17

18       Upon review and consideration of the Notice of Substitution of United States of America filed

19  herein by the United States of America and it appearing to the Court that this is a tort action that includes

20  claims against Maurice Alphonso Bell, M.D., arising out of actions certified by the Attorney General

21  of the United States to have been taken within the scope of his office and employment as federal a

22  employee,

23       IT IS ORDERED, pursuant to 28 U.S.C. § 2679(d), that the United States of America shall be

24  substituted as a Defendant herein, in place of Defendant Maurice Alphonso Bell, M.D., and that the title

25  of the action be amended accordingly.

26  //

27  //

28  //
    //

1 |     IT IS FURTHER ORDERED that as to Defendant Maurice Alphonso Bell, M.D., this action is
2 | dismissed, with prejudice, pursuant to 28 U.S.C. § 2679(d)(2).

DATED: __1/23__, 2007     _____
                                           Judge of the District Court

Presented by:

CAROL C. LAM
United States Attorney

CINDY M. CIPRIANI
Assistant U.S. Attorney