FILED
2007 APR 17 PM 4:19
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GAPASIN,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | CASE NO. 06CV2509 R (wMC)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS AND DISMISSING ACTION WITH PREJUDICE |

　　　Having reviewed the parties' joint motion to dismiss action with prejudice and good cause appearing, the joint motion is granted. The Clerk shall dismiss this action with prejudice.

**IT IS SO ORDERED.**

DATED: 4/11 ,2007

JOHN S. RHOADES, SR.
United States District Judge

cc:　All parties

- 1 -

06CV2509